JOHN H. SOMERS, Respondent, *v.* OSCAR J. GUDE, Appellant.

*Somers* v. *Gude,* 93 App. Div. 614, affirmed.
(Argued October 24, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

22, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*A. S. Gilbert* for appellant.

*James H. Laird* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.